**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:                                                    CASE: A25-64837-PWB

RODRIQUEZ MARQUETTE LOBBINS          CHAPTER 13

                                                          JUDGE PAUL W. BONAPFEL

Debtor

**TRUSTEE'S SUPPLEMENTAL REPORT**
**FOLLOWING MARCH 04, 2026 CONFIRMATION HEARING**

At the hearing on Confirmation on March 4, 2026, the Trustee announced an agreement that the Debtor would do the following within 10 days:

• convert the case to one under chapter 7

Upon failure of the Debtor to comply with the above, the Trustee may request dismissal by filing a Supplemental Report.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND ADVISES THE FOLLOWING:**

• Debtor has failed to convert the case to one under chapter 7

**As the Debtor has not complied with the agreement, please enter an Order of Dismissal.**

Respectfully submitted,

__/s/_____
Brandi L. Kirkland, Esq.
for the Chapter 13 Trustee
GA Bar No. 423627

**A25-64837-PWB**

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing pleading using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

CLARK & WASHINGTON

I further certify that on this day I caused a copy of this document to be served via first-class United States mail, postage prepaid, on the following parties at the address shown for each:

RODRIQUEZ MARQUETTE LOBBINS
1995 LILY VALLEY DR
LAWRENCEVILLE, GA 30045

This 25th day of March, 2026

Respectfully submitted,

_/s/_____
Brandi L. Kirkland, Esq.
for the Chapter 13 Trustee
GA Bar No. 423627
285 Peachtree Center Ave, Suite 1600
Atlanta, GA  30303-1229
(404) 525-1110
brandik@atlch13tt.com