**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO.  25-64837-PWB |
| | : | |
| **Rodriquez Marquette Lobbins,** | : | CHAPTER 13 |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |
| **Progress Residential Borrower 17, LLC** | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | CONTESTED MATTER |
| | : | |
| **Rodriquez Marquette Lobbins, Debtor** | : | |
| **K. Edward Safir, Trustee,** | : | |
| | : | |
| Respondents. | : | |

## DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM STAY

COMES NOW Debtor, through counsel, and files this *Debtor's Response to Motion for Relief from Stay*, showing to this Honorable Court the following:

1.

Debtor opposes the relief requested in Movant's motion and requests to be heard on the matter.

Respectfully submitted,

*/s/ Richard H. Thomson*
Richard H. Thomson
GA Bar # 710264
Attorney for Debtor

Clark & Washington, P.C.
3300 Northeast Expressway, NE
Building 3
Atlanta  GA   30341
Phone: (404) 522-2222
Fax: (770) 220-0685
Email: ecfnotices@cw13.com

## CERTIFICATE OF SERVICE

I certify that on the 27th day of __March__ 20 26 , I electronically filed the foregoing *Debtor's Response to Motion for Relief from Stay* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

K. Edward Safir, the Standing Chapter 13 Trustee

I further certify that on this day I caused a copy of this document to be served via the United States First Class Mail, with adequate postage prepaid or overnight mail on the following parties at the address shown for each.

Rodriquez Marquette Lobbins
1950 Lily Valley Dr
Lawrenceville, GA 30045

Progress Residential Borrower 17, LLC
c/o Matthew F. Totten
The Totten Firm, LLC
5579 Chamblee-Dunwoody Rd,
Ste B-136
Atlanta, GA 30338

DATE: 3/27/2026

*/s/ Richard H. Thomson*
Richard H. Thomson, GA Bar No. 710264
Attorney for Debtors
Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta GA 30341
Phone: 404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com