## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In  Debtor(s)
Re:  **Rodriquez Marquette Lobbins**
1995 Lily Valley Dr
Lawrenceville, GA 30045

**xxx–xx–7524**

Case No.: **25–64837–pwb**
Chapter:  **13**
Judge:  **Paul W. Bonapfel**

### ORDER OF DISMISSAL

The Chapter 13 Trustee reports that the Debtor(s) has failed to comply with the direction of the Court. Therefore,

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

_____

Paul W. Bonapfel
United States Bankruptcy Judge

Dated: March 26, 2026

Form 157

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 25-64837-pwb |
| Rodriquez Marquette Lobbins | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 3 |
| Date Rcvd: Mar 26, 2026 | Form ID: 157 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Rodriquez Marquette Lobbins, 1995 Lily Valley Dr, Lawrenceville, GA 30045 |
| cr | + | Progress Residential Borrower 17, LLC, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30350 UNITED STATES 30338-4154 |
| 25631165 | + | Republic Finance, Attn: Bankruptcy, Po Box 889, Texas City, TX 77592-0889 |
| 25631166 | + | Tamelia Turner, 576 Oakeside Place, Acworth, GA 30102-8811 |
| 25631167 | + | Tamelia Turner, 576 Oakside Place, Acworth, GA 30102-8811 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Mar 27 2026 00:32:00 | Bridgecrest Credit Company, LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 25636116 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2026 20:59:04 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25631149 | ^ | MEBN | Mar 26 2026 20:54:02 | Bridgecrest Acceptance Corporation, RA Corporation Service Company, 8825 N 23rd Avenue,Suite 100, Phoenix, AZ 85021-4148 |
| 25631152 | | Email/Text: cfcbackoffice@contfinco.com | Mar 26 2026 20:56:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 25631151 | + | EDI: CAPITALONE.COM | Mar 27 2026 00:32:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 25653828 | + | EDI: AISACG.COM | Mar 27 2026 00:32:00 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 25631153 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 26 2026 20:59:02 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 25758723 | | Email/Text: deptbankruptcy@deltacommunitycu.com | Mar 26 2026 20:56:00 | Delta Community Credit Union, P.O Box 20541, Atlanta, GA 30320-2541 |
| 25631155 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 26 2026 20:57:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 25697237 | | EDI: GADEPTOFREV | Mar 27 2026 00:32:00 | Georgia Department of Revenue, Bankruptcy, 2595 Century Parkway NE Suite 339, Atlanta, GA 30345 |
| 25631157 | | EDI: GADEPTOFREV | Mar 27 2026 00:32:00 | Georgia Department of Revenue, Compliance Division, ARCS Bankruptcy, 1800 Century BLVD NE Suite 9100, Atlanta, GA 30345-3202 |
| 25631156 | + | EDI: PHINGENESIS | Mar 27 2026 00:32:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |

District/off: 113E-9 | User: bncadmin | Page 2 of 3
Date Rcvd: Mar 26, 2026 | Form ID: 157 | Total Noticed: 30

| 25631158 | | EDI: IRS.COM | | |
| | | | Mar 27 2026 00:32:00 | IRS, 401 W. Peachtree St., NW, Stop #334-D, Room 400, Atlanta, GA 30308 |
| 25631159 | + | EDI: JEFFERSONCAP.COM | | |
| | | | Mar 27 2026 00:32:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 25636117 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Mar 26 2026 20:59:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25631160 | + | EDI: NFCU.COM | | |
| | | | Mar 27 2026 00:32:00 | NAVY FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 25631162 | + | EDI: NFCU.COM | | |
| | | | Mar 27 2026 00:32:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 25671416 | | EDI: NFCU.COM | | |
| | | | Mar 27 2026 00:32:00 | Navy Federal Credit Union, P.O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 25636933 | + | Email/Text: bknotices@progressresidential.com | | |
| | | | Mar 26 2026 20:57:00 | Progress Residential, 7500 N. Dobson Road, Suite 300, Scottsdale, AZ 85256-2727 |
| 25631163 | + | Email/Text: bknotices@progressresidential.com | | |
| | | | Mar 26 2026 20:57:00 | Progress Residential, PO Box 4300, Scottsdale, AZ 85261-4300 |
| 25659345 | | Email/Text: bankruptcy@republicfinance.com | | |
| | | | Mar 26 2026 20:57:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 25631164 | + | Email/Text: bkynotices@reliant-cap.com | | |
| | | | Mar 26 2026 20:57:00 | Reliant Capital Solutions, Attn: Bankruptcy, 750 Cross Pointe Rd, Gahanna, OH 43230-6692 |
| 25657797 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | | Mar 26 2026 20:57:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 25632707 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | | |
| | | | Mar 26 2026 20:56:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 25720628 | + | EDI: AIS.COM | | |
| | | | Mar 27 2026 00:32:00 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Bridgecrest Credit Company, LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 25631150 | *+ | Bridgecrest Acceptance Corporation, RA Corporation Service Company, 8825 N 23rd Avenue,Suite 100, Phoenix, AZ 85021-4148 |
| 25631154 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 25631161 | *+ | NAVY FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2026          Signature:          /s/Gustava Winters

District/off: 113E-9

User: bncadmin

Page 3 of 3

Date Rcvd: Mar 26, 2026

Form ID: 157

Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brandi L. Kirkland | on behalf of Trustee K. Edward Safir courtdailysummary@atlch13tt.com |
| E. L. Clark | on behalf of Debtor Rodriquez Marquette Lobbins cwatlantabk@gmail.com  clarkwash@ecf.courtdrive.com |
| K. Edward Safir | info@atlch13tt.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 17  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |

TOTAL: 4