**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia
Atlanta Division 1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404−215−1000

| | | |
|---|---|---|
| In Re: | **Rodriquez Marquette Lobbins** | Case No.: **25−64837−pwb**<br>Chapter: **13**<br>Judge: **Paul W. Bonapfel** |
| | Debtor(s) | |

### ORDER TO EMPLOYER TO TERMINATE ORDER TO DEDUCT OR REMIT

To: Tempo Civil

It appearing that this case was DISMISSED on 3/26/26,

It is hereby ORDERED that the previous Order issued by this Court directing the Employer to deduct a portion of the above−referenced Debtor(s) wages is hereby TERMINATED, thus relieving the Employer of any obligation to deduct from any monies due and owing to the debtor.

The Clerk is directed to serve a copy of this Order on Debtor, Debtor's Counsel, any Trustee, and Employer.

SO ORDERED, on 3/30/26

Paul W. Bonapfel
UNITED STATES BANKRUPTCY JUDGE

Dated: March 30, 2026

Form termedo −08/2019

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                          Case No. 25-64837-pwb

Rodriquez Marquette Lobbins                                                 Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 30, 2026 | Form ID: termedo | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Rodriquez Marquette Lobbins, 1995 Lily Valley Dr, Lawrenceville, GA 30045 |
| + | Tempo Civil, 6025 Matt Hwy, Cumming, GA 30028-3198 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2026                    Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brandi L. Kirkland | on behalf of Trustee K. Edward Safir courtdailysummary@atlch13tt.com |
| E. L. Clark | on behalf of Debtor Rodriquez Marquette Lobbins cwatlantabk@gmail.com  clarkwash@ecf.courtdrive.com |
| K. Edward Safir | info@atlch13tt.com |
| K. Edward Safir | on behalf of Trustee K. Edward Safir info@atlch13tt.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 17  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |

District/off: 113E-9                    User: bncadmin                         Page 2 of 2
Date Rcvd: Mar 30, 2026                 Form ID: termedo                       Total Noticed: 2
TOTAL: 5