### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| In re: | Case No. A25-64837-PWB |
| RODRIQUEZ MARQUETTE LOBBINS | |
| Debtor(s) | |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

K. Edward Safir, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/19/2025.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 03/26/2026.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 4.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $13,355.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$0.00**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$0.00**

Attorney fees paid and disclosed by debtor:          $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ASHLEY FUNDING SERVICES, LLC | Unsecured | NA | 25.12 | 25.12 | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES, LLC | Unsecured | NA | 41.19 | 41.19 | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES, LLC | Unsecured | NA | 65.33 | 65.33 | 0.00 | 0.00 |
| CARVANA, LLC | Secured | 41,197.00 | 41,729.59 | 41,729.59 | 0.00 | 0.00 |
| CARVANA, LLC | Secured | 15,244.00 | 15,351.80 | 15,351.80 | 0.00 | 0.00 |
| DELTA COMMUNITY CREDIT UNION | Unsecured | NA | 67.85 | 67.85 | 0.00 | 0.00 |
| GEORGIA DEPARTMENT OF REVENU | Unsecured | NA | 703.08 | 703.08 | 0.00 | 0.00 |
| GEORGIA DEPARTMENT OF REVENU | Priority | 0.00 | 3,633.14 | 3,633.14 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 31,806.00 | 16,854.77 | 16,854.77 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 11,642.36 | 11,642.36 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 449.00 | 427.02 | 427.02 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 367.00 | 399.51 | 399.51 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 18,604.00 | 17,770.98 | 17,770.98 | 0.00 | 0.00 |
| PROGRESS RESIDENTIAL, LL | Unsecured | 2,232.00 | 5,399.43 | 5,399.43 | 0.00 | 0.00 |
| REPUBLIC FINANCE LLC | Secured | 7,880.00 | 6,436.95 | 6,436.95 | 0.00 | 0.00 |
| Capital One | Unsecured | 554.00 | NA | NA | 0.00 | 0.00 |
| Continental Finance Co | Unsecured | 785.00 | NA | NA | 0.00 | 0.00 |
| Genesis FS Card Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems, Llc | Unsecured | 2,150.00 | NA | NA | 0.00 | 0.00 |
| NAVY FCU | Unsecured | 1,788.00 | NA | NA | 0.00 | 0.00 |
| NAVY FCU | Unsecured | 1,403.00 | NA | NA | 0.00 | 0.00 |
| Reliant Capital Solutions | Unsecured | 1,568.00 | NA | NA | 0.00 | 0.00 |
| Tamelia Turner | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| TAMELIA TURNER | Priority | 0.00 | 9,632.78 | 9,632.78 | 0.00 | 0.00 |
| U.S. DEPARTMENT OF EDUCATION C | Unsecured | 146,445.00 | 176,740.52 | 176,740.52 | 0.00 | 0.00 |
| VERIZON BY AIS INFOSOURCE LP AS | Unsecured | NA | 98.09 | 98.09 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $57,081.39 | $0.00 | $0.00 |
| All Other Secured | $6,436.95 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$63,518.34** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $9,632.78 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $20,487.91 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$30,120.69** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$213,380.48** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$0.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/28/2026                    By: /s/ K. Edward Safir
                                                          Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| RODRIQUEZ MARQUETTE LOBBINS | ) | |
| | ) | CASE NO. A25-64837-PWB |
| | ) | |
| DEBTOR | ) | |

**CERTIFICATE OF SERVICE**

This is to Certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Final Report and Account by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

   RODRIQUEZ MARQUETTE LOBBINS
   1995 LILY VALLEY DR
   LAWRENCEVILLE, GA  30045

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

   CLARK & WASHINGTON

DATED:  04/28/2026

                                        /S/
                                        _____
                                        K. Edward Safir, Chapter 13 Trustee
                                        State Bar No. 622149
                                        285 Peachtree Center Ave
                                        Suite 1600
                                        Atlanta, GA  30303-1229
                                        (404) 525-1110
                                        eds@atlch13tt.com

**UST Form 101-13-FR-S (9/1/2009)**