# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In Re: Debtor(s)
**Rodriquez Marquette Lobbins**
1995 Lily Valley Dr
Lawrenceville, GA 30045

**xxx−xx−7524**

Case No.: **25−64837−pwb**
Chapter: **13**
Judge: **Paul W. Bonapfel**

## ORDER APPROVING ACCOUNT, DISCHARGING CHAPTER 13 TRUSTEE AND CLOSING ESTATE

It appearing that the case of the above−named Debtor(s) was dismissed by Order of this Court, and

It further appearing that the Chapter 13 Trustee herein has made distribution of all funds paid into the hands of the Trustee by the Debtor(s) and has rendered a full and complete account thereof, and that said Trustee has performed all other duties as required in the administration of said estate; and that said estate has been fully administered,

**IT IS HEREBY ORDERED** that:
1. The account of the Chapter 13 Trustee is allowed and approved;
2. The Chapter 13 Trustee is discharged and relieved of the trust;
3. The estate is closed; and
4. The Clerk shall mail a copy of this order to the Debtor, the attorney for the Debtor(s), and the Trustee.

Paul W. Bonapfel
United States Bankruptcy Judge

Dated: May 1, 2026

Form 176

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                          Case No. 25-64837-pwb

Rodriquez Marquette Lobbins                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9                          User: bncadmin                                Page 1 of 1

Date Rcvd: May 01, 2026                      Form ID: 176                              Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Rodriquez Marquette Lobbins, 1995 Lily Valley Dr, Lawrenceville, GA 30045 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brandi L. Kirkland | |
| | on behalf of Trustee K. Edward Safir courtdailysummary@atlch13tt.com |
| E. L. Clark | |
| | on behalf of Debtor Rodriquez Marquette Lobbins cwatlantabk@gmail.com  clarkwash@ecf.courtdrive.com |
| K. Edward Safir | |
| | info@atlch13tt.com |
| K. Edward Safir | |
| | on behalf of Trustee K. Edward Safir info@atlch13tt.com |
| Matthew Franklin Totten | |
| | on behalf of Creditor Progress Residential Borrower 17  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |

TOTAL: 5